UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**LEROY JEROME RICHARDSON, III,**

          Plaintiff,

v.                                   Case No. 2:23-cv-00155-RAJ-RJK

**THE NATIONAL BASKETBALL
ASSOCIATION, NBA SERVICES CORP.,
NEAL STERN, and BYRON SPRUELL,**

          Defendants.

### CONSENT ORDER

Upon consideration of the Stipulation And Proposed Order To Transfer Case To The United States District Court For The Southern District Of New York And Dismiss Defendants Neal Stern And Byron Spruell filed herein, and for good cause shown:

1. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff dismisses, with prejudice, any and all claims asserted in this Action against Defendants Neal Stern and Byron Spruell.

2. This Action is hereby transferred to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

*/s/ Raymond A. Jackson*
Raymond A. Jackson
United States District Judge

Enter: August 4, 2023

1

We ask for this:

_____
Raymond L. Hogge, Jr. (VSB No. 29445)
Hogge Law
500 E. Main Street, Suite 1200
Norfolk, VA 23510
Tel: (757) 961-5400
Fax: (757) 962-5979
rayhogge@virginialaborlaw.com
Counsel for Leroy Jerome Richardson, III

_____
Guy Brenner (VSB No. 92653)
Proskauer Rose LLP
1001 Pennsylvania Ave., N.W.
Suite 600 South
Washington, D.C. 20004-2533
Tel: (202) 416-6800
Fax: (202) 416-6899
gbrenner@proskauer.com
Counsel for The National Basketball Association,
NBA Services Corp., Neal Stern, and Byron Spruell