```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
LEROY JEROME RICHARDSON, III,        :        23cv6926 (DLC)
                                     :
                     Plaintiff,      :            ORDER
                                     :
         -v-                         :
                                     :
THE NATIONAL BASKETBALL ASSOCIATION  :
and NBA SERVICES CORP.,              :
                                     :
                     Defendants.     :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

Having received the plaintiff's September 2, 2025 motion for reconsideration, it is hereby

ORDERED that any response to the motion for reconsideration is due **September 19, 2025.** Any reply is due **September 26, 2025.** At the time the reply is due, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          September 3, 2025

                              _____
                                       DENISE COTE
                              United States District Judge