```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
LEROY JEROME RICHARDSON, III,              :    23cv6926 (DLC)
                                           :
                          Plaintiff,       :    ORDER
                                           :
              -v-                          :
                                           :
THE NATIONAL BASKETBALL ASSOCIATION        :
and NBA SERVICES CORP.,                    :
                                           :
                          Defendants.      :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

Having received the plaintiff's letter of September 30, 2025, in which he states that "Defendants' offer of judgment does not purport to effect a full and final settlement of the case . . . and Plaintiff does not understand or accept it as imposing any such terms," it is hereby

ORDERED that a telephone conference is scheduled for **September 30, 2025** at **4:00 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

> Dial-in:       1-855-244-8681
> Access Code:   2312 042 2648

The parties shall use a landline if one is available.

IT IS FURTHER ORDERED that the parties shall be prepared, during the telephone conference, to identify any issues remaining to be tried in this case. To the extent that any issues remain, trial will proceed on November 3, 2025 and the

schedule for pretrial proceedings established in the Order of September 11, 2025 remains in place.

Dated:   New York, New York
         September 30, 2025

> _____
> DENISE COTE
> United States District Judge