UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
LEROY JEROME RICHARDSON, III,          :      23cv6926 (DLC)
                                       :
                        Plaintiff,     :      ORDER
                                       :
            -v-                        :
                                       :
THE NATIONAL BASKETBALL ASSOCIATION    :
and NBA SERVICES CORP.,                :
                                       :
                        Defendants.    :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

　　The plaintiff having accepted on September 30, 2025, the defendants' September 24, 2025 first amended offer of judgment pursuant to Federal Rule of Civil Procedure 68, it is hereby

　　ORDERED that the Clerk of Court shall enter final judgment pursuant to Rule 68 and close the case.

Dated:   New York, New York
         October 1, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　       DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge