**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEROY JEROME RICHARDSON, III,

                Plaintiff,

   -against-

THE NATIONAL BASKETBALL
ASSOCIATION and NBA SERVICES CORP.,

              Defendants.
-----------------------------------------------------------X

23 **CIVIL** 6926 (DLC)

**JUDGMENT**

It is **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 1, 2025, Plaintiff having accepted on September 30, 2025, the defendants' September 24, 2025 first amended offer of judgment pursuant to Rule 68; accordingly, the case is closed.

**Dated:** New York, New York
        October 3, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                    **BY:**      *K. Mango*

                                                **Deputy Clerk**